UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS MACLEOD,

                  Petitioner,

                                            Civil Action

      v.

                                              No.  04-11629-PBS

DAVID NOLAN,

                  Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915:

It is ORDERED that:

☐     The Application to Proceed Without Prepayment of Fees and Affidavit is GRANTED.

☒     The Application to Proceed Without Prepayment of Fees and Affidavit is DENIED for the following reason(s):

        Petitioner has sufficient funds to pay the $5 filing fee for this action.

☒     It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee within 42 days of the date of this Order or this case will be dismissed without prejudice.

  7/27/04                  s/ Patti B. Saris                  
DATE                        UNITED STATES DISTRICT JUDGE