UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>THOMAS MACLEOD</u>,
         Petitioner,

                                Civil Action

    v.

                                No. 04-11629-PBS

<u>DAVID NOLAN</u>,
         Respondent.

<u>O R D E R</u>

     Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of this Court shall serve a copy of the Petition for a Writ of Habeas Corpus by mailing copies of the same, certified mail, to (i) David Nolan, Superintendent, MCI Cedar Junction, P.O. Box 100, South Walpole, MA 02071 and (ii) Cathryn Neaves, Chief, Appellate Division, Attorney General for the Commonwealth of Massachusetts, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

     It is further ordered that Respondent shall, within 20 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus; AND

     This Court further requests Respondent, as part of the return, to file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

 7/27/04                         s/ Patti B. Saris
DATE                           UNITED STATES DISTRICT JUDGE