UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                  Civil Action
                                                                                                  No: 04-11629-PBS

Thomas MacLeod,
Petitioner,

v.

David Nolan,
Respondent.

## BRIEFING ORDER

SARIS, D.J.

      The petition for Writ of Habeas Corpus in this action was filed on July 16, 2004. In order to complete the record, the Petitioner is hereby directed to file and serve a brief in support of the petition for habeas corpus on or before September 27, 2004, and the Respondent is hereby directed to file and serve a brief in opposition to the petition on or before October 27, 2004.

                                                                                     By the Court,

                                                                               /s/ Robert C. Alba
                                                                               Deputy Clerk

August 25, 2004

To: All Counsel