CLERK OF COURT
UNITED STATES DISTRICT COURT
1 COURTHOUSE WAY
BOSTON, MA. 02210

FILED
OFFICE
2004 OCT -4 P 3:50
U.S. DISTRICT COURT
DISTRICT OF MASS

September 24, 2004

RE: MACLEOD v NOLAN,
No. 04-11629-PBS

Dear Clerk,

I sent the enclosed (copies) of my Motion For An Extension Of Time, to brief my Petition For A Writ of Habeas Corpus, over a week ago. Has the court reviewed that matter? If not in case that paperwork got lost, copies.

Thank you for your time and consideration in this matter.

cc/file

I am,

Thomas Macleod
MCI-CJ
P.O. Box 100
South Walpole, MA.
02071