UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

THOMAS MACLEOD,              )
          (Petitioner)       )
                             )
V.                           )    C.A. No. 04-11629-PBS
                             )
DAVID NOLAN,                 )
          (Defendant).)
_____

## PETITIONER'S MOTION TO FILE HIS REPLY LATE

Now comes the above petitioner and respectfully requests this Honorable Court to allow him to file a necessary Reply to the respondents Opposition Late. For the reasons stated below;

The petitioner could not file a response to the respondents Opposition because the prison was "locked down" the week the petitioner received the Opposition. And his request for law library assistance was denied by the (warden) respondent's designee.

And the petitioner underwent major surgery on November 26,2004. That surgery to remove a testicular cyst got severaly infected. That resulted in the petitioner being rushed to a emergency room. And hospitalization at the Lemuel Shattuck hospital.

Therefore, for the above reasons this Reply should be added to the Magistrates review.

By the Plaintiff,

Thomas MacLeod, W-56485
P.O. Box 100
South Walpole, MA.

December 5,2004