Clerk Of Court
United States District Court
1 Courthouse Way, Suite 2300

March 13, 2005

RE: MacLeod v. Nolan,

    U.S. District Court No. 1:04-cv-11629-PBS

Dear Clerk,

    Please accept this letter as my inquiry into the status of the above Petition For A Writ Of Habeas Corpus. Which was "Referred" to Magistrate Judge Judith G. Dein, on or about 11/24/04.

    Thank you for your attention and time in this matter.

Sincerly,

Thomas MacLeod, W-56485
MCI-CJ
P.O. BOX 100
South Walpole, MA.
    02071-0100

cc/ file
    Assistant Attorney General Susan G. Reardon
    One Ashburton Place
    Boston, MA.

[Stamped: FILED IN CLERKS OFFICE 2005 MAR 15 P 1:22 U.S. DISTRICT COURT DISTRICT OF MASS]

[Handwritten: CA 04-11629 PBS]