United States District Court
Clerks Office
1 Courthouse Way, Suite 2300
Boston, MA. 02210

August 29, 2005

Re: MacLeod v. Nolan, c
    U.S.D.C. NO. 04-11629-PBS

Dear Clerk,

I am writing you in regards to the status of my Writ for Habeas Corpus ?

I have just found out that my legal mail at MCI-Cedar Junction @ Walpole has been disrupted by prison officials. And since this matter was briefed at least ten months ago I'm wondering if there has been any action in this matter.

Thank you for your courtesy in this regard.

Very truly yours,

Thomas MacLeod, W-56485
MCI-CJ
P.O. Box 100
South Walpole, MA.
        02071-0100


cc/file
    Susan G. Reardon
    Assistant Attorney General
    1 Ashburton Place
    Boston, MA. 02108