UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

THOMAS MACLEOD,                )
        Petitioner,            )
                               )
v.                             )    C.A. NO. 04-11629-PBS
                               )
DAVID NOLAN,                   )
        Respondent.            )


PETITIONER'S MOTION FOR A
TEMPORARY RESTRAINING ORDER

Now comes the above petitioner ("MacLeod"), and moves

this Honorable Court for a temporary restraining Order,

prohibiting the above respondent and his agents or employees

from transferring MacLeod in violation of the Fed.R.App.P.

23 (a). For the following reasons:

In anticapation of a classification review,MacLeod wrote

to the respondents agents or employees, notifying them of Rule

23 (a),attached. MacLeod had a classification hearing, on 10/14/

05,in absentia. The board elected to tranfer MacLeod to the DOC

facility SBCC, Shirley Maximum, (a level 6 facility the same as

Cedar Junction). MacLeod appealed,attached. MacLeod also wrote

to the respondents counsel notifying Susan Reardon,A.A.G. of

this problem.

If MacLeod is transferred to SBCC, he will suffer a loss

of his legal materials and access to the law library.And that

will interfere with his ability to litigate this action.

WHEREFORE, this Honorable Court should Order the respondent to comply with Rule 23 (a) and either seek an application from this court showing a need to transfer MacLeod from one Level 6 to another Level 6 and await a decision of this court. In the interest of justice this TRO should be issued, or an alternative order for the respondent to comply with Rule 23 (a).

                                        By the Petitioner,

October 25th, 2005                      Thomas MacLeod,W-56485
                                        MCI-Cedar Junction
                                        P.O. Box 100
                                        South Walpole,MA.
                                             02071-0100


                        Certificate Of Service

        I hereby certify that I sent a copy of this motion
        to Susan Reardon, Attorney Generals Office,One Ashburton
        Place, Boston,MA. Postage pre-paid.

                                        Thomas MacLeod