Abbe E. Nelligan, Director of Classification
MCI-Cedar Junction
South Walpole, MA.

October 7, 2005

Re: Thomas MacLeod, W-56485

Dear Director Nelligan,

Kindly accept this correspondence as my formal notification of two matters concerning my October classification hearing.

First, I am involved in intricate legal matter presently pending in the United States District Court, (U.S.D.C.). That is under 28 USC § 2254 or a petition for a writ of habeas corpus. This action is entitled MacLeod v. Nolan, U.S.D.C. No. 04-11629-PBS. This matter is claiming that the Massachusetts courts violated my constitutional rights. Pursuant to the Fed. Rules of Appelate Procedure 23 (a) and bearing the rubric of " Transfer of Custody Pending Review:", it states;

> "Pending review of a decision in a habeas corpus proceeding before a court, justice, or judge of the United States for the release of a prisoner, the person having custody of the prisoner **must not** transfer custody to another unless a transfer is directed in accordance with this rule..." (emphasis added).

I have contacted the assistant attorney general assigned to this action to alert her to my class board and to ascertain if she will seek the U.S.D.C. judges permission, for my transfer.

Next, I am scheduled to see the Mass. Parole Board in November and a transfer at this time will seriously impact the paper work and other matters pertaining to my parole hearing. A move at this juncture would surely jeopardize this annual review.

Based on the above clearly articulated facticity and this proper and timely notification of the federal rules of court and my annual review, I'd appreciate if CJ officials and you as director of CJ classification would allow me to remain at CJ until these sufficiently substantial and legal matters are adequatly resolved.

Thank you for your courtesy in this regard.

I am,
Thomas MacLeod
W-56485
MCI-CJ

cc: file
    John Marshall, CJ's "acting" Warden

# Classification Report

Name: THOMAS MACLEOD                     Commitment#: W56485

Class Type: Subsequent Hearing

## Board Recommendation:

| | | |
|---|---|---|
| Date: 20051014 | Level: 6 | Site of Hearing: MCI CEDAR JUNCTION |
| Institution: SOUZA-BARANOWSKI | | Vote: 3-0 |
| Screen For: CORRECTIONAL | | Chairperson: Nelligan,Abbe |
| | | Board Member 1: McDermott,Bree |
| Placement Site: | | Security Board Member Williams,James |

Board's Rational:
Continued need for a highly structured facility based upon SA related failure at Level 5. Appropraite for alterante level 6 site based upon adequate adjustment at MCI-CJ over a significant period of time and absence of any current management issues. May benefit from Interdiction Program at SBCC. Board held in absentia.

Review Date:  20060414          Reviewed By:
User(L,F,M,S): Abbe Nelligan E

| | | | | | | |
|---|---|---|---|---|---|---|
| Advised of Recommendation | Yes [X] | No [ ] | Early Parole | [ ] | Work Crew | [ ] |
| Advised of Appeal Process | Yes [X] | No [ ] | Education Release | [ ] | PRA | [ ] |
| 48 Hour Notification | Yes [X] | Waive [ ] | Work Release | [ ] | PRA Hours | |
| | | | Public Speaking | [ ] | Others | |

## Classification Appeal

Reason for appeal



## Superintendent/Designee Recommendation.

Level:          Institution:                                                    Date:
Screen For:                    Placement Site:                  Recommendation:
Reason/Condition



User(L,F,M,S):

| | | | | | | |
|---|---|---|---|---|---|---|
| Early Parole | [ ] | Work Crew | [ ] | Education Release | [ ] | Work Release | [ ] |
| Public Speaking | [ ] | PRA | [ ] | PRA Hours | | Others | |

## Superintendent/Designee Appeal Decision.

Superintendent/Designee:                        Date:                    Decision: