Clerk's Office
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA. 02210

January 17, 2006

Re:  Thomas MacLeod v. David Nolan,
     Civil Action No. 04-11629-PBS

Dear Sir/Madam,

Kindly accept this letter in regards to the above entitled action for a Petition for Writ of Habeas Corpus, filed on 07/16/04.

I was informed by the Court (Magistrate Judge Judith G. Dein), on 03/29/05 that," the matter has been fully briefed and is under advisement. We will let you know when a decision is reached".

In all due respect to the court, my legal mail at MCI- Cedar Junction has not flowed in a consistent way and I'm wondering about the staus of this matter ? And my request for a evidentiary hearing on the merits of my claims ?

Thank you for your courtesy in this regard.

Sincerly yours,

Thomas MacLeod, W-56485
MCI-Cedar Junction
P.O. Box 100
South Walpole, MA.
       02071-0100

Cc:  File

     Susan Reardon, A.A.G.
     Ashburton Place
     Boston, MA. 02108