Honorable Patti B. Sarris
United States District Court
District of Massachusetts
One Courthouse Way, Room 8110
Boston, MA. 02210

April 4, 2006

Re: <u>Thomas MacLeod v. David Nolan</u>,
    Civil Action No. 04-11629-PBS

Please accept this letter in the above regards. This matter has been briefed and under advisement since "1/26/06", or even since November 2005. Could the Court with all due respect kindly check into its status ?

Thank you for your courtesy in this regard.

Sincerly,

Thomas MacLeod, W-56485
MCI-Cedar Junction
P.O. Box 100
South Walpole, MA.
         02071

Cc: file
    Susan Reardon, A.A.G.