District of Massachusetts Version 2.5                                    Page 1 of 1

**Other Orders/Judgments**
1:04-cv-11629-PBS MacLeod v. Nolan

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Dambrosio, Jolyne entered on 1/26/2006 at 11:38 AM EST and filed on 1/26/2006

**Case Name:**       MacLeod v. Nolan
**Case Number:**     1:04-cv-11629
**Filer:**
**Document Number:**

**Docket Text:**
Judge Judith G. Dein : Electronic ORDER entered re [20] Letter from Thomas MacLeod regarding the status of his case. The matter is still under advisement.(Dambrosio, Jolyne)

The following document(s) are associated with this transaction:

**1:04-cv-11629 Notice will be electronically mailed to:**

Susanne G. Reardon     susanne.reardon@ago.state.ma.us, AppealsEFilings@ago.state.ma.us

**1:04-cv-11629 Notice will not be electronically mailed to:**

Thomas MacLeod
MCI Walpole
P.O. Box 100
Walpole, MA 02071