## Other Orders/Judgments
1:04-cv-11629-PBS MacLeod v. Nolan

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Dambrosio, Jolyne entered on 3/29/2005 at 3:31 PM EST and filed on 3/29/2005
**Case Name:** MacLeod v. Nolan
**Case Number:** 1:04-cv-11629
**Filer:**
**Document Number:**

**Docket Text:**
Judge Judith G. Dein : Electronic ORDER entered re [17] Letter/request (non-motion) from Thomas MacLeod. The matter has been fully briefed and is under advisement. We will let you know when a decision is reached.(Dambrosio, Jolyne)

The following document(s) are associated with this transaction:


**1:04-cv-11629 Notice will be electronically mailed to:**

Susanne G. Reardon    susanne.reardon@ago.state.ma.us, AppealsEFilings@ago.state.ma.us

**1:04-cv-11629 Notice will not be electronically mailed to:**

Thomas MacLeod
MCI Walpole
P.O. Box 100
Walpole, MA 02071