Clerk's Office
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210



January 11, 2007

Re: Macleod v. Nolan,
    Docket No. 04-11629-PBS

Dear Sir/Madam,

I am again (before on November 5, 2006), writing in regards to the delay in this court's rendering a decision on my habeas petition that was taken "under advisement" (attached), around 3/29/2005.

Hopefully, with my prior Notice to this Honorable Court, and the fact that due process means a speedy process so liberty will not be long restricted. Klopfer v. State of North Carolina, 386 U.S. 213 (?). It is also clear by the record that I was not afforded a jury trial on the habitual portion of my indictment, and its crystal clear that the Massachusetts courts unreasonably applied, or reached a decision that is contrary to Supreme Court established law.

Thank you for your courtesy in this regard.

Sincerly,

Thomas MacLeod, W-56485
MCi-Cedar Junction
P.O. Box 100
South walpole, MA
         02071

Cc: file
    Susan Reardon, AAG