UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2007 JAN 16 P 3: 14
U.S. DISTRICT COURT
DISTRICT OF MASS

THOMAS MACLEOD, )
    Petitioner, )
     )
V. ) Civil Action 04-11629-PBS
     )
DAVID NOLAN, )
    Respondent. )

NOTICE OF THE PETITIONER

Now comes the above petitioner, Thomas MacLeod, and wishes to make formal notice to this Honorable Court of the following:

1. This action has been under "advisement" for two years regarding MacLeod's claim that the Massachusetts Appeals Court rendered a decision that was an unreasonable or contrary application of Supreme Court law. MacLeod's claim specifically alleges he was denied a jury trial to the habitual portion of the guilty finding.

2. MacLeod also wishes to notify this Court that his sentence expires in about a year and a half and it would be a travesty of justice if this Court does not render a decision on the merits of his constitutional claims. And take formal action to this petition.

Therefor, for all the above reasons and in the interest of justice this Court should decide this matter accordingly.

November 5, 2006

Respectfully submitted,
By the petitioner,

Thomas MacLeod, W-56485
MCI-Cedar Junction
South walpole, MA

## Other Orders/Judgments
1:04-cv-11629-PBS MacLeod v. Nolan

### United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Dambrosio, Jolyne entered on 3/29/2005 at 3:31 PM EST and filed on 3/29/2005
**Case Name:**      MacLeod v. Nolan
**Case Number:**    1:04-cv-11629
**Filer:**
**Document Number:**

**Docket Text:**
Judge Judith G. Dein : Electronic ORDER entered re [17] Letter/request (non-motion) from Thomas MacLeod. The matter has been fully briefed and is under advisement. We will let you know when a decision is reached.(Dambrosio, Jolyne)

The following document(s) are associated with this transaction:

### 1:04-cv-11629 Notice will be electronically mailed to:

Susanne G. Reardon     susanne.reardon@ago.state.ma.us, AppealsEFilings@ago.state.ma.us

### 1:04-cv-11629 Notice will not be electronically mailed to:

Thomas MacLeod
MCI Walpole
P.O. Box 100
Walpole, MA 02071