UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2007 FEB -2 A II: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

THOMAS MACLEOD,
    Petitioner,

v.    CIVIL ACTION NO. 04-11629-PBS

DAVID NOLAN,
    Respondent.

PETITIONER'S MOTION FOR
AN EXTENSION OF TIME TO OBJECT TO THE
MAGISTRATE'S "REPORT AND RECOMMENDATION"

Now comes the above petitioner, Thomas MacLeod, and moves this Honorable Court for an extension of time to include up to Feruary 26, 2007, in which to Object to the January 24, 2007, Report and Recommendation on Petition For Writ of Habeas Corpus, by U.S.M.J. Dein. For the grounds below:

The petitioner, is presently incarcerated at MCI-Cedar Junction @ Walpole, and proceeding pro se. The additional time is needed to object to the Report and Recommendation, and that entails utilizing the Gulag's law library which is very limited in the hours petitioner is allowed access.

THEREFOR, for all the above reasons and because the respondent will not be prejudiced in any way the additional time should be allowed.

January 30, 2007

Respectfully Submitted,
By the Petitioner,

Thomas MacLeod
P.O. Box 100
South Walpole, MA