UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS MACLEOD,
    Petitioner,

v.

DAVID NOLAN,
    Respondent.

CIVIL ACTION
NO. 04-11629-PBS

PETITIONER'S MOTION FOR AN EXTENSION
TO FILE HIS OBJECTION

    Now comes the above petitioner, Thomas MacLeod, and moves this Honorable Court for an extension of time to include up to March 27, 2007, in which to file his objection to the January 24, 2007, Report and Recommendation on the Petition for a Writ of Habeas Corpus. For the following reason(s):

    MacLeod is incarcerated in MCI-Cedar Junction at Walpole. And because of various lock-downs and "freeze-ups" within the facility MacLeod's access to the law library was curtailed. The additional time is needed to prepare a reasoned response and objection to the 1/24/2007 Report and Recommendation.

    Moreover, there can be no prejudice on the respondent for the additional time.

    THEREFOR, for the above reasons the extension of time should be allowed.

February 23, 2007

Respectfully Submitted,
By the petitioner,
Thomas MacLeod
P.O. Box 100
South walpole, MA