```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

THOMAS MACLEOD,                )
        Petitioner,            )
                               )
v.                             ) CIVIL ACTION
                               ) NO. 04-11629-PBS
DAVID NOLAN,                   )
        Respondent.            )

### PETITIONER'S MOTION FOR AN EXTENSION OF TIME
### IN WHICH TO OBJECT TO THE MAGISTRATE'S REPORT AND RECOMMENDATION

Now comes the above petitioner, Thomas MacLeod, and respectfully requests from this Honorable Court an extension of time to include up to April 30, 2007. In which to respond and object to the Magistrate Judge (Dein,U.S.M.J.), January 24, 2007, Report and Recommendation on the Petition for a Writ of Habeas Corpus.

For the following grounds:

Macleod was transferred from MCI-Walpole to the Department of Correction's facility Old Colony Correctional Center at Bridgewater. This minimum facility does not have an adequate law library in which MacLeod can make a timely objection to the Report identified above. See, attached (DOC) Classification Report and its "Rational" and "Appeal" because of the limited access to any legal materials at OCCC Minimum.

THEREFOR, for all the above reasons and in the interest of justice this extension should be ALLOWED.

```
                                          Respectfully Submitted,
                                          By the petitioner,


March 23, 2007                            Thomas MacLeod, w-56485
                                          OCCC Minimum
                                          1 Administration Rd.
                                          Bridgewater, MA
```

Certificate of Service

I, Thomas MacLeod, sent a copy of this motion to the Assistant Attorney General Susan Reardon at 1 Ashburton Place, Boston, MA postage prepaid.

                                          Thomas MacLeod