# Classification Report

**Name:** THOMAS MACLEOD

**Commitment#:** W56485

**Class Type:** Subsequent Hearing

## Board Recommendation:

**Date:** 20070309    **Level:** Minimum

**Institution:** OLD COLONY CORRECTIONAL

**Screen For:** CENTER

**Placement Site:**

**Site of Hearing:** OLD COLONY CORRECTIONAL CENTER

**Vote:** B4000

**Chairperson:** Martin, William

**Board Member 1:** Poulos, Vicky

**Security Board Member** Lakey, Christopher

### Board's Rational:

Intake Review...approve Facility Work Crew. Referred to GMP, Thinking For a Change, Health Awareness and Substance Abuse programming. NOTE: Appeal submitted.

**Review Date:** 20070909          **Reviewed By:**

**User(L,F,M,S):** William Martin J

| | | | | | | |
|---|---|---|---|---|---|---|
| Advised of Recommendation | Yes [X] | No [ ] | Early Parole | [ ] | Work Crew | [ ] |
| Advised of Appeal Process | Yes [X] | No [ ] | Education Release | [ ] | PRA | [ ] |
| 48 Hour Notification | Yes [ ] | Waive [X] | Work Release | [ ] | PRA Hours | |
| | | | Public Speaking | [ ] | Others | |

## Classification Appeal

### Reason for appeal

I am requesting a lateral transfer to another minimum security facility because of the limited law library resources at OCCC minimum. I currently have a number of pending legal matters (two in Plymouth Superior Court, one in Suffolk Superior Court, one in Federal Appeals Court and one in Federal Court). I have already had to request an extension to a due date of March 26 for a response in Federal Court. I understand that MCI-Plymouth has good law resources on computer but any other placement with full law library resources would be appreciated.

## Superintendent/Designee Recommendation.

**Level:**          **Institution:**                    **Date:**

**Screen For:**                **Placement Site:**          **Recommendation:**

**Reason/Condition**

**User(L,F,M,S):**

| | | | | |
|---|---|---|---|---|
| Early Parole | [ ] | Work Crew [ ] | Education Release [ ] | Work Release [ ] |
| Public Speaking | [ ] | PRA [ ] | PRA Hours | Others |

## Superintendent/Designee Appeal Decision.

**Superintendent/Designee:**                **Date:**          **Decision:**