UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                             Civil Action
                                                             No: 04-11629-PBS

THOMAS MACLEOD,
Petitioner,

v.

DAVID NOLAN,
Respondent.

## JUDGMENT

**SARIS, D.J.**                                                                                                       July 10, 2007

      In accordance with this Court's adoption on July 9, 2007, of the Magistrates Judge's Report and Recommendation denying the Petition for Writ of Habeas Corpus, it is hereby ORDERED that judgment in the above-entitled action is entered in favor of the Respondent, David Nolan.

                                                                                                          By the Court,

                                                                                                          /s/ Robert C. Alba
                                                                                                          Deputy Clerk