The Honorable Patti B. Saris
United States District Court
1 Courthouse Way, Suite 6130
Boston, MA    02210

July 5, 2007

Re: **Thomas MacLeod v. David Nolan,**
    Docket No. CIV. 2004. 11609, PBS

Dear Your Honor,

Kindly accept this letter as my humble request for movement on the pending Report and Recommendation and my (respectfull) Objection to the Petition for Writ of Habeas Corpus. This matter has been percolating for years and the sentence that was handed down (by Associate Justice Donovan, on May 17, 1999), is nearing expiration. And for the reasons articulated in my Objection the decision of the Massachusetts Appeals Court, is contrary or an unreasonable application of Supreme Court law.

With all due respect to this Court's heavy caseload I humbley ask for a evidentiary hearing at the earliest date possible for the meritful grounds displayed in my Petition.

Thanks for your courtesy in this regard.


Sincerly,

Thomas MacLeod, W-56485
OCCC Minimum
1 Administration Rd.
Bridgewater, MA
            02324


Cc: Clerk's Office
    Susan Reardon, AAG