## COMMONWEALTH OF MASSACHUSETTS

_Suffolk_, ss.    SUPERIOR COURT

Indictment Nos. 99-10261

### COMMONWEALTH

vs.

_Thomas McLeod_

| WAIVER OF DEFENDANT'S RIGHTS | RENUNCIA DEL ACUSADO A SUS DERECHOS |
|---|---|
| I have discussed the above case(s) and my constitutional and other rights with my attorney. I understand that by entering my plea of guilty I will be giving up my right to a trial by a jury or to a trial before a judge; to confront, cross-examine, and compel the attendance of witnesses; to present evidence in my defense; to remain silent and refuse to be a witness against myself by asserting my privilege against self-incrimination; all with the assistance of my defense attorney, and to be presumed innocent until proven guilty beyond a reasonable doubt. | Yo, he discutido el(los) caso(s) arriba mencionado(s), así como mis derechos constitucionales y demás derechos con mi abogado. Entiendo que al someter una alegación de culpabilidad renuncio a mi derecho de que mi juicio se ventile ante un jurado o ante un juez; a carearme con los testigos; contra-interrogarlos y obtener la comparecencia compulsoria de los mismos; a presentar pruebas en mi propia defensa; a permanecer en silencio y rehusar testificar en mi contra, haciendo valer así mi derecho a no incriminarme; y de hacer todo esto con la asistencia de mi abogado y a gozar de la presunción de inocencia hasta que quede comprobada mi culpabilidad fuera de toda duda razonable. |
| I have been advised by my attorney of the nature of the charge or charges to which I am entering my guilty plea. I also have been advised by my attorney of the nature and range of the possible sentence or sentences. I have been advised of the recommendation on sentencing to be made by the Prosecution. | Mi abogado(a) me ha informado de la naturaleza del cargo (o cargos) ante los cuales alego mi culpabilidad. Mi abogado me ha informado cuál (cuáles) es (son) el alcance de la posible sentencia o sentencias. También he sido informado de la recomendación de sentencia que hará la Fiscalía. |
| My guilty plea is not the result of force, threats, assurance or promises. I have decided to plead guilty voluntarily and freely, rather than at the direction of or because of the recommendation of any other person. | Mi declaración de culpabilidad no es resultado de fuerza, amenaza, garantía o promesas. He decidido declararme culpable libre y voluntariamente y no bajo la directiva o debido a la recomendación de alguna otra persona. |
| I am satisfied that my defense attorney has represented me in an effective and in a competent manner. I have had enough time to speak with him or her regarding any possible defenses I may have to the above charges. | Estoy satisfecho(a) con que mi abogado(a) me ha representado de forma efectiva y capaz. He tenido tiempo suficiente para discutir con él(ella) cualesquiera defensas a las cuales yo hubiese podido recurrir en los cargos ya mencionados. |
| I am not now on or under the influence of any drug, medication, liquor or other intoxicant or depressant, which would impair my ability to fully understand the constitutional and statutory rights that I am waiving when I plead guilty. | En este momento no estoy bajo ninguna droga, medicamento, intoxicante o depresiva, [que afecte] la capacidad de entender [los derechos] constitucionales y legales [que renuncio] mediante mi alegación de culpabilidad. |

EXHIBIT 1



ve been advised by Judge _McOuiel_ I understand that if I am not a citizen of the United States, a conviction in the above case(s) uld result in my deportation or exclusion rom admission to the United States under ederal immigration law and that I may be ejected as an applicant for citizenship in the United States.

I understand that I give up the right to any and all defenses, and objections which I could assert to the above case(s). I also understand that I give up my right to appeal the Court's denial of any motions to dismiss or to suppress or to the Court's acceptance of my plea of guilty to the above offenses and imposition of sentence upon me.

Tal y como me informase el/la Hon. Juez _____ entiendo que si no soy ciudadano de los Estados Unidos, el que se me condene del(de los) cargo(s) arriba mencionados podría resultar en mi deportación o en el que se me excluya de ser admitido(a) a los Estados Unidos bajo las leyes federales de inmigración o en el que se me deniegue la naturalización conforme a las leyes de los Estados Unidos y que mi solicitud a la ciudadanía de los Estados Unidos puede ser rechazad(a) ciudadano en los Estados Unidos.

Entiendo que estoy renunciando al derecho de presentar cualquier defensa u objeciones que podría hacer valer a mi favor en el(los) caso(s) arriba mencionado(s). Entiendo además que renuncio a mi derecho a apelar la denegación de un Tribunal de cualesquiera mociones para desestimar o suprimir o el que un Tribunal acepte mi alegación de culpabilidad ante los cargos arriba mencionados y la imposición de una sentencia sobre mi persona.

_Thomas McLeod_
Print Name of Defendant
Nombre del Acusado (letra de molde)

_[signature]_
Signature of Defendant
Firma del Acusado

_11-1-99_
Date/Fecha

### DEFENSE ATTORNEYS'S APPROVAL

I have discussed this case and the plea recommendation with my client in detail and have advised the defendant of all matters within the scope of Massachusetts Rules of Criminal Procedure Rule 12, including, the constitutional and other rights of the accused, the factual basis for and the nature of the offense or offenses to which the guilty plea will be entered, possible defenses, and the consequences of the guilty plea. After explaining the above to the defendant, I am satisfied that the defendant has understood my explanation. Moreover, I am satisfied that the defendant is not under the influence of any drug, medication, liquor or other intoxicant which can impair the defendant's ability to fully understand all the constitutional, statutory and/or other rights the defendant would waive when we discussed the consequences of a plea of guilty to the above indictment(s).

I represent to the Court that the Defendant has signed this document in my presence.

_11/1/99_
Date

_[signature] David C. Donahue_
Attorney for Defendant

_542140_
BBO No.