UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 JUL 24  A 11: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

THOMAS MACLEOD,
    Petitioner,

v.

DAVID NOLAN,
    Respondent.

CIVIL ACTION
NO. 04-11629-PBS

### NOTICE OF APPEAL

Now comes the above petitioner, Thomas MacLeod and gives this Honorable Court notice of his intentions to appeal the Court's "adoption on July 9, 2007, of the Magistrates Judge's Report And Recommendation denying the Petition of Writ of Habeas Corpus." (Attached hereto).

Respectfully Submitted,

July 18, 2007

Thomas MacLeod
1 Administration Rd.
Bridgewater, MA