UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                              )
THOMAS MACLEOD,               )
        Petitioner,           )
                              )
     v.                       )  CIVIL ACTION NO.04-11629-PBS
                              )
DAVID NOLAN,                  )
        Respondent.           )
                              )
```

## DENIAL OF CERTIFICATE OF APPEALABILITY

August 3, 2007

Saris, U.S.D.J.

    Pursuant to 28 U.S.C. § 2253(c)(3) and Interim Loc. R. 22.1, I deny the request for a certificate of appealability because the applicant has made no substantial showing of the denial of a constitutional right.

                                                      S/PATTI B. SARIS
                                                    United States District Judge