UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS MACLEOD,
    Petitioner,

v.

DAVID NOLAN,
    Respondent.

FILED
IN CLERKS OFFICE

2007 JUL 24  A 11: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION
NO. 04-11629-PBS

## NOTICE OF APPEAL

Now comes the above petitioner, Thomas MacLeod and gives this Honorable Court notice of his intentions to appeal the Court's "adoption on July 9, 2007, of the Magistrates Judge's Report And Recommendation denying the Petition of Writ of Habeas Corpus." (Attached hereto).

July 18, 2007

Respectfully Submitted,

Thomas MacLeod
1 Administration Rd.
Bridgewater, MA