CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:04-cv-11629-PBS

MacLeod v. Nolan
Assigned to: Judge Patti B. Saris
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 07/16/2004
Date Terminated: 07/10/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Thomas MacLeod**  represented by  **Thomas MacLeod**
MCI Walpole
P.O. Box 100
Walpole, MA 02071
PRO SE

V.

**Respondent**

**David Nolan**  represented by  **Susanne G. Reardon**
Office of the Attorney General
Trial Division
One Ashburton Place
18th Floor
Boston, MA 02108
617-727-2200
Fax: 617-727-5755
Email: susanne.reardon@state.ma.us
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Thomas MacLeod.(Jenness, Susan) (Entered: 07/22/2004) |
| 07/16/2004 | 2 | PETITION for writ of habeas corpus pursuant to 28:2254, filed by Thomas MacLeod.(Jenness, Susan) (Entered: 07/22/2004) |
| 07/16/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 07/22/2004) |
| 07/22/2004 |  | Case undergoing preliminary screening (Jenness, Susan) (Entered: 07/22/2004) |
| 07/27/2004 | 3 | Judge Patti B. Saris : ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis. It is FURTHER ORDERED that petitioner must pay the $ filing fee within 42 days of the date of this Order or this case will be dismissed without prejudice. (Weissman, Linn) (Entered: 07/27/2004) |
| 07/27/2004 | 4 | Judge Patti B. Saris : SERVICE ORDER entered re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Weissman, Linn) (Entered: 07/27/2004) |
| 07/27/2004 |  | Set Deadlines/Hearings: Filing fee due by 9/7/2004. (Weissman, Linn) (Entered: 07/27/2004) |
| 07/29/2004 |  | Return receipt received for mail sent to Mr. David Nolan Delivered on 7/28/04 (Patch, Christine) (Entered: 07/29/2004) |
|  |  |  |

| | | |
|---|---|---|
| 07/30/2004 | | Return receipt received for mail sent to Ms. Cathryn A. Neaves Delivered on 7/28/04 (Patch, Christine) (Entered: 08/05/2004) |
| 08/11/2004 | | Filing fee: $ 5, receipt number 57886 regarding PETITION for writ of habeas corpus pursuant to 28:2254 (Patch, Christine) (Entered: 08/16/2004) |
| 08/16/2004 | 5 | MOTION for Extension of Time to 8/25/04 to File Answer re 2 Petition for writ of habeas corpus (28:2254) by David Nolan.(Reardon, Susanne) (Entered: 08/16/2004) |
| 08/17/2004 | | Judge Patti B. Saris : ELECTRONIC ORDER entered Allowing 5 MOTION for Extension of Time to 8/25/04 to File Answer to 2 Petition for writ of habeas corpus (28:2254) filed by David Nolan. (Alba, Robert) (Entered: 08/17/2004) |
| 08/24/2004 | 6 | ANSWER to Complaint *habeas corpus petition* by David Nolan.(Reardon, Susanne) (Entered: 08/24/2004) |
| 08/25/2004 | 7 | Judge Patti B. Saris : Briefing ORDER entered. Petitioner is directed to file and serve a brief in support of the petition for habeas corpus on or before 9/27/04, and the Respondent is directed to file and serve a brief in opposition to the peition on or before 10/27/04. (Patch, Christine) (Entered: 08/25/2004) |
| 08/25/2004 | 8 | Supplemental ANSWER to Petition for a Writ of Habeas Corpus by David Nolan.(Patch, Christine) (Entered: 08/30/2004) |
| 09/21/2004 | 9 | MOTION for Extension of Time to 11/15/04 to File a Brief by Thomas MacLeod.(Patch, Christine) (Entered: 09/28/2004) |
| 09/29/2004 | | Judge Patti B. Saris : Electronic ORDER entered granting 9 Motion for Extension of Time to File to 11/15/04 to file a brief. (Patch, Christine) (Entered: |

| | | |
|---|---|---|
| | | 10/04/2004) |
| 10/04/2004 | 10 | Letter from Thomas MacLeod inquiring as to whether the court received his Motion for an Extension of Time. (Patch, Christine) (Entered: 10/13/2004) |
| 10/19/2004 | 11 | Memorandum in Support of 2 Petition for writ of habeas corpus (28:2254) by Thomas MacLeod. (Patch, Christine) (Entered: 10/26/2004) |
| 10/19/2004 | 12 | MOTION to Supplement the Record by Thomas MacLeod.(Patch, Christine) (Entered: 10/26/2004) |
| 10/27/2004 |  | Judge Patti B. Saris : Electronic ORDER entered granting 12 Motion to Supplement the Record (Patch, Christine) (Entered: 11/03/2004) |
| 11/17/2004 | 13 | MEMORANDUM OF LAW by David Nolan. (Reardon, Susanne) Additional attachment(s) added on 11/18/2004 (Patch, Christine). (Entered: 11/17/2004) |
| 11/18/2004 |  | Notice of correction to docket made by Court staff. Correction: Document No. 14 deleted because: Was a duplicate of Document No. 13 (Patch, Christine) (Entered: 11/18/2004) |
| 11/24/2004 | 14 | Judge Patti B. Saris: ORDER entered Referring case to Magistrate Judge Judith G. Dein for Report and Recommendation on 2254 Petition for Writ of Habeas Corpus.(Alba, Robert) (Entered: 11/24/2004) |
| 12/10/2004 | 15 | MOTION for Leave to File Reply Late by Thomas MacLeod.(Patch, Christine) (Entered: 12/15/2004) |
| 12/17/2004 |  | Judge Judith G. Dein : Electronic ORDER entered granting 15 Petitioner's Motion for Leave to File His Reply Late. (Dambrosio, Jolyne) (Entered: 12/17/2004) |
| 12/17/2004 | 16 | Reply by Thomas MacLeod to 13 Opposition to Petition for Writ of Habeas Corpus. (Patch, Christine) (Entered: 12/27/2004) |
| | | |

| | | |
|---|---|---|
| 03/15/2005 | 17 | Letter from Thomas MacLeod requesting the status of his case. (Patch, Christine) (Entered: 03/24/2005) |
| 03/29/2005 | | Judge Judith G. Dein : Electronic ORDER entered re 17 Letter/request (non-motion) from Thomas MacLeod. The matter has been fully briefed and is under advisement. We will let you know when a decision is reached.(Dambrosio, Jolyne) (Entered: 03/29/2005) |
| 09/01/2005 | 18 | Letter from Thomas MacLeod regarding the status of his case. (Patch, Christine) (Entered: 09/02/2005) |
| 09/02/2005 | | DOCKET SHEET sent to Thomas MacLeod. (Patch, Christine) (Entered: 09/02/2005) |
| 10/26/2005 | 19 | MOTION for Temporary Restraining Order by Thomas MacLeod. (Attachments: # 1 Exhibit Letter to Abbe Nelligan and Classification Report)(Patch, Christine) (Entered: 10/28/2005) |
| 11/03/2005 | | Judge Patti B. Saris : ElectronicORDER entered denying 19 Motion for TRO (Patch, Christine) (Entered: 11/07/2005) |
| 01/18/2006 | 20 | Letter from Thomas MacLeod regarding the status of his case. (Patch, Christine) (Entered: 01/19/2006) |
| 01/19/2006 | | DOCKET SHEET sent to Thomas MacLeod. (Patch, Christine) (Entered: 01/19/2006) |
| 01/26/2006 | | Judge Judith G. Dein : Electronic ORDER entered re 20 Letter from Thomas MacLeod regarding the status of his case. The matter is still under advisement. (Dambrosio, Jolyne) (Entered: 01/26/2006) |
| 04/04/2006 | 21 | Letter from Thomas MacLeod re: status of the case. (Attachments: # 1 Exhibit Electronic Order of 1/26/06) (Patch, Christine) (Entered: 04/25/2006) |
| 04/25/2006 | | DOCKET SHEET sent to Thomas MacLeod. (Patch, Christine) (Entered: 04/25/2006) |

| | | |
|---|---|---|
| 11/08/2006 | 22 | NOTICE of the Petitioner by Thomas MacLeod re Order (Attachments: # 1 Electronic Order)(Patch, Christine) (Entered: 11/08/2006) |
| 01/16/2007 | 23 | Letter from Thomas MacLeod. (Attachments: # 1) (Patch, Christine) (Entered: 01/19/2007) |
| 01/24/2007 | 24 | Judge Judith G. Dein : ORDER entered. REPORT AND RECOMMENDATIONS re 2 Petition for writ of habeas corpus (28:2254) filed by Thomas MacLeod. Recommendation: that the Petition be denied. Objections to R&R due by 2/7/2007. (Dambrosio, Jolyne) (Entered: 01/24/2007) |
| 01/24/2007 |  | Case no longer referred to Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 02/06/2007) |
| 02/02/2007 | 25 | MOTION for Extension of Time to 2/26/07 to File Objection to Magistrate's Report and Recommendation by Thomas MacLeod.(Patch, Christine) (Entered: 02/05/2007) |
| 02/06/2007 |  | Judge Patti B. Saris : Electronic ORDER entered granting 25 Motion for Extension of Time to Object to the Magistrate's Report and Recommendation. (Patch, Christine) (Entered: 02/07/2007) |
| 02/28/2007 | 26 | MOTION for Extension of Time to 3/27/07 to File Objections to 24 REPORT AND RECOMMENDATIONS re 2 Petition for writ of habeas corpus (28:2254) filed by Thomas MacLeod, Recommendation: that the Petition be denied. by Thomas MacLeod.(Patch, Christine) (Entered: 03/01/2007) |
| 03/05/2007 |  | Judge Patti B. Saris : Electronic ORDER entered granting 26 Motion for Extension of Time to File Response re 24 REPORT AND RECOMMENDATIONS re 2 Petition for writ of habeas corpus (28:2254) filed by Thomas MacLeod, Recommendation: that the Petition be denied. |

| | | |
|---|---|---|
| | | Responses due by 3/27/2007 (Patch, Christine) (Entered: 03/06/2007) |
| 03/28/2007 | 27 | MOTION for Extension of Time to 4/30/07 to File Objections as to 24 REPORT AND RECOMMENDATIONS re 2 Petition for writ of habeas corpus (28:2254) filed by Thomas MacLeod, Recommendation: that the Petition be denied. by Thomas MacLeod.(Patch, Christine) Additional attachment(s) added on 4/4/2007 (Patch, Christine). (Entered: 04/04/2007) |
| 04/12/2007 | | Judge Patti B. Saris : ELECTRONIC ORDER entered granting 27 Motion for Extension of Time to File Response/Reply re 24 REPORT AND RECOMMENDATIONS re 2 Petition for writ of habeas corpus (28:2254) filed by Thomas MacLeod, Recommendation: that the Petition be denied. Responses due by 4/30/2007. (Filo, Jennifer) (Entered 04/13/2007) |
| 04/20/2007 | 28 | OBJECTION to 24 Report and Recommendations filed by Thomas MacLeod. (Attachments: # 1 Exhibits)(Filo, Jennifer) (Entered: 04/20/2007) |
| 07/09/2007 | | Judge Patti B. Saris : Electronic ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 24 Report and Recommendations Action on motion: denied. "I adopt the report and recommendation denying the habeas petition and order entry of judgment in favor of respondent." (Patch, Christine) (Entered: 07/10/2007) |
| 07/10/2007 | 29 | Judge Patti B. Saris : ORDER entered. JUDGMENT in favor of Respondent against Petitioner(Patch, Christine) (Entered: 07/10/2007) |
| 07/10/2007 | 30 | Letter to Judge Saris from Thomas MacLeod. (Patch, Christine) (Entered: 07/16/2007) |
| 07/24/2007 | 31 | MOTION for Certificate of Appealability by Thomas |

| | | |
|---|---|---|
| | | MacLeod.(Patch, Christine) Additional attachment(s) added on 7/26/2007 (Patch, Christine). (Entered: 07/26/2007) |
| 07/24/2007 | 32 | NOTICE OF APPEAL by Thomas MacLeod re 29 Judgment (Attachments: # 1 Exhibit Judgment)(Patch, Christine) (Entered: 07/26/2007) |
| 08/03/2007 | 33 | Judge Patti B. Saris : ORDER entered denying 31 Motion for Certificate of Appealability. "Pursuant to 28 U.S.C. 2253(c)(3) and Interim Loc. R. 22.1, I deny the request for a certificate of appealability because the applicant has made no substantial showing of the denial of a constitutional right." (Patch, Christine) (Entered: 08/06/2007) |