**CAP**

AO 240 (1/94)

## United States District Court

──────── DISTRICT OF ────────

THOMAS MACLEOD,
    Plaintiff/Petitioner,

V.

DAVID NOLAN,
    Defendant / Respondent.

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 04-11629-PBS

**CAP**

I, ___Thomas MacLeod___ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant     [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [X] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration ___Old Colony Correctional Center, Bridgewater___

   Are you employed at the institution? ___Yes___ Do you receive any payment from the institution? ___Yes___

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [X] Yes   [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
             I make $1.50 per day, (times) 5 days a week

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [ ] | [X] |
   | f. | Any other sources | [ ] | [X] |

AO 240 (1/4)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

September 18, 2007                /s/                           Thomas MacLeod
_____        _____        _____
DATE                        SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ___0___ on account to his/her credit at (name of institution) __Old Colony Minimum Unit__. I further certify that the applicant has the following securities to his/her credit: ___0___

_____. I further certify that during the past six months the applicant's average balance was $ __APPROXIMATELY $5.00__.

9/18/07                     /s/ William Martin  CPO D
_____        _____
DATE                        SIGNATURE OF AUTHORIZED OFFICER

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date : 20070919 09:48

| Commit# : | W56485 | | | OLD COLONY CORRECTIONAL CENTER | | | | Page 1 |
|---|---|---|---|---|---|---|---|---|
| Name : | MACLEOD, THOMAS, A. | | | Statement From | 20070301 | | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | To | 20070919 | | | |
| Block : | MINIMUM A | | | | | | | |
| Cell/Bed : | A-5/5 | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $7,349.42 | $7,349.42 | $1,662.17 | $1,357.35 |
| 20070309 23 15 | TI - Transfer from Institution | 8359126 | | CJ | | $0 00 | $0 00 | $0 00 | $304.82 |
| 20070309 23 15 | TI - Transfer from Institution | 8359127 | | OCC | | $0 00 | $0 00 | $304 82 | $0 00 |
| 20070314 16 41 | IS - Interest | 8379031 | | OCC | | $0 00 | $0.00 | $1 73 | $0 00 |
| 20070404 21 12 | PY - Payroll | 8504248 | | OCC | ~20070318 To 20070324 | $3 75 | $0 00 | $0 00 | $0.00 |
| 20070404 21.12 | PY - Payroll | 8504249 | | OCC | ~20070318 To 20070324 | $0 00 | $0 00 | $3 75 | $0.00 |
| 20070410 09 53 | IC - Transfer from Inmate to Club A/c | 8535004 | | OCC | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0 00 | $1 50 | $0 00 | $0.00 |
| 20070411 21 13 | PY - Payroll | 8544927 | | OCC | ~20070325 To 20070331 | $3 75 | $0 00 | $0 00 | $0 00 |
| 20070411 21.13 | PY - Payroll | 8544928 | | OCC | ~20070325 To 20070331 | $0 00 | $0 00 | $3 75 | $0.00 |
| 20070418 21 13 | PY - Payroll | 8580017 | | OCC | ~20070401 To 20070407 | $3 75 | $0 00 | $0 00 | $0.00 |
| 20070418 21 13 | PY - Payroll | 8580018 | | OCC | ~20070401 To 20070407 | $0 00 | $0 00 | $3 75 | $0 00 |
| 20070419 15 46 | IS - Interest | 8594055 | | OCC | | $0 00 | $0 00 | $1 96 | $0.00 |
| 20070419 22.30 | CN - Canteen | 8608844 | | OCC | ~Canteen Date 20070419 | $0 00 | $9.25 | $0 00 | $0 00 |
| 20070425 21 13 | PY - Payroll | 8630683 | | OCC | ~20070408 To 20070414 | $3 75 | $0 00 | $0.00 | $0.00 |
| 20070425 21 13 | PY - Payroll | 8630684 | | OCC | ~20070408 To 20070414 | $0 00 | $0 00 | $3 75 | $0 00 |
| 20070426 22.30 | CN - Canteen | 8643130 | | OCC | ~Canteen Date 20070426 | $0 00 | $1 05 | $0 00 | $0 00 |
| 20070502 21 10 | PY - Payroll | 8668248 | | OCC | ~20070415 To 20070421 | $3 75 | $0.00 | $0 00 | $0 00 |
| 20070502 21:10 | PY - Payroll | 8668249 | | OCC | ~20070415 To 20070421 | $0 00 | $0 00 | $3 75 | $0.00 |
| 20070503 10 41 | IC - Transfer from Inmate to Club A/c | 8678969 | | OCC | ~SICK CALL 4/19/07~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0 00 |
| 20070509 15 53 | IS - Interest | 8710479 | | OCC | | $0 02 | $0 00 | $0 00 | $0.00 |
| 20070509 15 53 | IS - Interest | 8710480 | | OCC | | $0 00 | $0 00 | $1 94 | $0 00 |
| 20070509 21 12 | PY - Payroll | 8726033 | | OCC | ~20070422 To 20070428 | $3 75 | $0 00 | $0 00 | $0 00 |
| 20070509 21 12 | PY - Payroll | 8726034 | | OCC | ~20070422 To 20070428 | $0 00 | $0 00 | $3 75 | $0 00 |
| 20070510 22 30 | CN - Canteen | 8739336 | | OCC | ~Canteen Date 20070510 | $0 00 | $4 71 | $0 00 | $0 00 |
| 20070516 21 08 | PY - Payroll | 8762861 | | OCC | ~20070429 To 20070505 | $3 75 | $0 00 | $0 00 | $0 00 |
| 20070516 21 08 | PY - Payroll | 8762862 | | OCC | ~20070429 To 20070505 | $0.00 | $0.00 | $3 75 | $0 00 |
| 20070523 21 10 | PY - Payroll | 8797694 | | OCC | ~20070506 To 20070512 | $3 75 | $0 00 | $0 00 | $0 00 |
| 20070523 21 10 | PY - Payroll | 8797695 | | OCC | ~20070506 To 20070512 | $0 00 | $0 00 | $3 75 | $0 00 |
| 20070524 22 30 | CN - Canteen | 8809902 | | OCC | ~Canteen Date 20070524 | $0 00 | $7 28 | $0 00 | $0 00 |
| 20070530 21 08 | PY - Payroll | 8828909 | | OCC | ~20070513 To 20070519 | $3 75 | $0 00 | $0 00 | $0 00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20070919 09:48

| Commit# : | W56485 | | | | OLD COLONY CORRECTIONAL CENTER | | | Page 2 |
|---|---|---|---|---|---|---|---|---|
| Name : | MACLEOD, THOMAS, A | | | | Statement From  20070301 | | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | | To  20070919 | | | |
| Block : | MINIMUM A | | | | | | | |
| Cell/Bed : | A-5/5 | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070530 21:08 | PY - Payroll | 8828910 | | OCC | ~20070513 To 20070519 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070606 21:13 | PY - Payroll | 8869941 | | OCC | ~20070520 To 20070526 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070606 21:13 | PY - Payroll | 8869942 | | OCC | ~20070520 To 20070526 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070607 22:30 | CN - Canteen | 8884261 | | OCC | ~Canteen Date  20070607 | $0.00 | $7.21 | $0.00 | $0.00 |
| 20070612 11:05 | IC - Transfer from Inmate to Club A/c | 8900672 | | OCC | ~SICK CALL 3/29/07~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20070613 21:08 | PY - Payroll | 8909547 | | OCC | ~20070527 To 20070602 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070613 21:08 | PY - Payroll | 8909548 | | OCC | ~20070527 To 20070602 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070614 15:57 | IS - Interest | 8924970 | | OCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20070614 15:57 | IS - Interest | 8924971 | | OCC | | $0.00 | $0.00 | $1.35 | $0.00 |
| 20070620 21:16 | PY - Payroll | 8962647 | | OCC | ~20070603 To 20070609 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070620 21:16 | PY - Payroll | 8962648 | | OCC | ~20070603 To 20070609 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070621 22:30 | CN - Canteen | 8975356 | | OCC | ~Canteen Date  20070621 | $0.00 | $7.78 | $0.00 | $0.00 |
| 20070627 21:24 | PY - Payroll | 8996309 | | OCC | ~20070610 To 20070616 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070627 21:24 | PY - Payroll | 8996310 | | OCC | ~20070610 To 20070616 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070628 22:30 | CN - Canteen | 9008537 | | OCC | ~Canteen Date  20070628 | $0.00 | $2.92 | $0.00 | $0.00 |
| 20070704 21:10 | PY - Payroll | 9032535 | | OCC | ~20070617 To 20070623 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070704 21:11 | PY - Payroll | 9032536 | | OCC | ~20070617 To 20070623 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070711 15:53 | IS - Interest | 9076942 | | OCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20070711 15:53 | IS - Interest | 9076943 | | OCC | | $0.00 | $0.00 | $1.23 | $0.00 |
| 20070711 21:10 | PY - Payroll | 9092390 | | OCC | ~20070624 To 20070630 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070711 21:10 | PY - Payroll | 9092391 | | OCC | ~20070624 To 20070630 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070712 22:30 | CN - Canteen | 9105625 | | OCC | ~Canteen Date  20070712 | $0.00 | $7.52 | $0.00 | $0.00 |
| 20070718 21:11 | PY - Payroll | 9128350 | | OCC | ~20070701 To 20070707 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070718 21:11 | PY - Payroll | 9128351 | | OCC | ~20070701 To 20070707 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070719 22:30 | CN - Canteen | 9141149 | | OCC | ~Canteen Date  20070719 | $0.00 | $4.15 | $0.00 | $0.00 |
| 20070720 09:26 | CI - Transfer from Club to Inmate A/c | 9143855 | | OCC | ~REFUND FOR COPAY CHARGE 4/19/07~W56485 MACLEOD,THOMAS A PERSONAL~MEDICAL CO-PAYMENT - Z4 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20070720 09:26 | TI - Transfer from Institution | 9143856 | | STH | ~Associate Receipt Number is 9143855 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20070720 09:26 | TI - Transfer from Institution | 9143857 | | OCC | ~Associate Receipt Number is 9143855 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20070725 21:13 | PY - Payroll | 9162275 | | OCC | ~20070708 To 20070714 | $3.75 | $0.00 | $0.00 | $0.00 |

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction Report

Date : 20070919 09:48

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Commit# : | W56485 | | | | OLD COLONY CORRECTIONAL CENTER | | | Page | 3 |
| Name : | MACLEOD, THOMAS, A. | | | | Statement From | 20070301 | | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | | To | 20070919 | | | |
| Block : | MINIMUM A | | | | | | | | |
| Cell/Bed : | A-5/5 | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070725 21 13 | PY - Payroll | 9162276 | | OCC | ~20070708 To 20070714 | $0 00 | $0 00 | $3 75 | $0 00 |
| 20070731 09 55 | IC - Transfer from Inmate to Club A/c | 9187263 | | OCC | ~DEBIT CARD~CANTEEN CORP WASH ACCOUNT - Z6~CANTEEN CORP WASH ACCOUNT - Z6 | $0 00 | $5 00 | $0 00 | $0 00 |
| 20070801 21 15 | PY - Payroll | 9197087 | | OCC | ~20070715 To 20070721 | $3 75 | $0 00 | $0 00 | $0 00 |
| 20070801 21 15 | PY - Payroll | 9197088 | | OCC | ~20070715 To 20070721 | $0 00 | $0 00 | $3 75 | $0 00 |
| 20070806 16 51 | IS - Interest | 9226259 | | OCC | | $0 01 | $0.00 | $0 00 | $0 00 |
| 20070806 16 51 | IS - Interest | 9226260 | | OCC | | $0 00 | $0 00 | $1 70 | $0 00 |
| 20070808 21 12 | PY - Payroll | 9255573 | | OCC | ~20070722 To 20070728 | $3 75 | $0 00 | $0 00 | $0 00 |
| 20070808 21 12 | PY - Payroll | 9255574 | | OCC | ~20070722 To 20070728 | $0 00 | $0 00 | $3 75 | $0 00 |
| 20070814 11 49 | AT - Account Transfer | 9283925 | | OCC | ~TO PAY INITIAL FILING FEE FOR 06-2328/03-11483~W56485 MACLEOD,THOMAS A PERSONAL | $39 86 | $0 00 | $0 00 | $39 86 |
| 20070814 11 52 | EX - External Disbursement | 9283937 | 120179 | OCC | ~INITIAL FILING FEE FOR CA 03-11483 / 062328~U S DISTRICT COURT | $0 00 | $39 86 | $0 00 | $0 00 |
| 20070814 11 52 | MA - Maintenance and Administration | 9283939 | | OCC | ~Monthly Maintenance and Administration Fee | $0 00 | $1.00 | $0 00 | $0 00 |
| 20070815 21 09 | PY - Payroll | 9292902 | | OCC | ~20070729 To 20070804 | $3.75 | $0 00 | $0 00 | $0.00 |
| 20070815 21 09 | PY - Payroll | 9292903 | | OCC | ~20070729 To 20070804 | $0 00 | $0 00 | $3 75 | $0 00 |
| 20070821 09 15 | IC - Transfer from Inmate to Club A/c | 9318736 | | OCC | ~DEBIT CARD~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP WASH ACCOUNT - Z6 | $0.00 | $5 00 | $0 00 | $0 00 |
| 20070821 09 27 | IC - Transfer from Inmate to Club A/c | 9318794 | | OCC | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1 50 | $0 00 | $0 00 |
| 20070822 21 11 | PY - Payroll | 9327252 | | OCC | ~20070805 To 20070811 | $3 75 | $0 00 | $0 00 | $0.00 |
| 20070822 21 11 | PY - Payroll | 9327253 | | OCC | ~20070805 To 20070811 | $0.00 | $0 00 | $3 75 | $0.00 |
| 20070823 22 30 | CN - Canteen | 9339294 | | OCC | ~~Canteen Date 20070823 | $0 00 | $8.57 | $0 00 | $0.00 |
| 20070827 09 47 | AT - Account Transfer | 9346676 | | OCC | ~PARTIAL FILING FEE FOR DOCKET # 2007-J-0370~W56485 MACLEOD,THOMAS A PERSONAL | $75.00 | $0.00 | $0 00 | $75 00 |
| 20070827 09 51 | EX - External Disbursement | 9346766 | 120474 | OCC | ~INITIAL FILEING FEE FOR DOCKET# 2007-J-0370~APPEALS COURT | $0 00 | $75.00 | $0 00 | $0 00 |
| 20070829 21 13 | PY - Payroll | 9360517 | | OCC | ~20070812 To 20070818 | $3 75 | $0 00 | $0 00 | $0 00 |
| 20070829 21 13 | PY - Payroll | 9360518 | | DCC | ~20070812 To 20070818 | $0 00 | $0 00 | $3 75 | $0 00 |
| 20070905 21 09 | PY - Payroll | 9397913 | | OCC | ~20070819 To 20070825 | $3.75 | $0 00 | $0 00 | $0 00 |
| 20070905 21 09 | PY - Payroll | 9397914 | | OCC | ~20070819 To 20070825 | $0.00 | $0 00 | $3 75 | $0 00 |
| 20070906 10 17 | EX - External Disbursement | 9408347 | 120736 | OCC | ~20% OF AUGUST INCOME FOR CA#03-11483~U S DISTRICT COURT | $0.00 | $3 75 | $0 00 | $0 00 |
| 20070906 10 17 | MA - Maintenance and Administration | 9408349 | | OCC | ~Monthly Maintenance and Administration Fee | $0 00 | $1 00 | $0 00 | $0 00 |
| 20070906 16 37 | IS - Interest | 9413807 | | OCC | | $0 03 | $0 00 | $0 00 | $0 00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20070919 09:18

| | | | | | | Page 4 |
|---|---|---|---|---|---|---|
| Commit# : | W56485 | | | OLD COLONY CORRECTIONAL CENTER | | |
| Name : | MACLEOD, THOMAS, A. | | | Statement From | 20070301 | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | To | 20070919 | |
| Block : | MINIMUM A | | | | | |
| Cell/Bed : | A-5 /5 | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20070906 16 37 | IS - Interest | 9413808 | | OCC | | $0.00 | $0.00 | $1.63 | $0.00 |
| 20070906 22 30 | CN - Canteen | 9429344 | | OCC | ~Canteen Date : 20070906 | $0.00 | $8.52 | $0.00 | $0.00 |
| 20070912 21 10 | PY - Payroll | 9455488 | | OCC | ~20070826 To 20070901 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070912 21 10 | PY - Payroll | 9455489 | | OCC | ~20070826 To 20070901 | $0.00 | $0.00 | $3.75 | $0.00 |
| | | | | | | $210.94 | $211.57 | $406.36 | $419.68 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | -$0.63 | $291.50 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| -$0.63 | $291.50 | $0.00 | $0.00 | $0.00 | $0.00 |

Clerk's Office
First Cicuit Court of Appeals
1 Courthouse Way, suite 2500
Boston,MA 02210

September 19, 2007

Re: **Thomas MacLeod** v. David **Nolan**
    NO. 07-2215

Dear Sir/Madam,

Enclosed kindly find copies of the documents I sent to the Clerk's Office of the District Court on the above date. This is in response to this Office's Order of september 10, 2007.

Please take note of my correct address.

Thank you for your courtesy in this regard.

Sincerly,

Thomas MacLeod, W-56485
OCCC Minimum
1 Administration rd.
Bridgewater,MA
      02324

Cc: Clerk's Office US District Court
    Susan Reardon, AAG