```
                                          FILED
          UNITED STATES DISTRICT COURT IN CLERKS OFFICE
               DISTRICT OF MASSACHUSETTS
                                          2007 SEP 21  P 12: 36
THOMAS MACLEOD,           )
                          )               U.S. DISTRICT COURT
       Petitioner,        )                DISTRICT OF MASS.
                          )
   v.                     )   CIVIL ACTION
                          )   NO. 04-11629-PBS
                          )
DAVID NOLAN,              )
                          )
       Respondent.        )
```

### PETITIONER'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Now comes the above petitioner, Thomas MacLeod, (MacLeod) and respectfully requests he be allowed to proceed in forma pauperis, under Fed.R.App.P. 24. For the following grounds:

MacLeod has already been granted leave to proceed in forma pauperis. The application annexed hereto, and the attached Inmate Account printout displays that he is unable to pay the initial filing fee.

WHEREFORE, in the interest of justice leave to proceed should be allowed.

```
                              Respectfully Submitted,
                              By the pro se petitioner,
September 18, 2007
                              Thomas MacLeod
                              1 Administration rd.
                              Bridgewater, MA
```

### Certificate of Service

I, Thomas MacLeod, state that I sent a copy of the above to Susan Reardon, AAG, @ 1 Ashburton Place, Boston, MA postage prepaid.

                              Thomas MacLeod