AO 240. (1/94)

# United States District Court

DISTRICT OF

FILED
2007 SEP 21 P 12:36
U.S. DISTRICT COURT
DISTRICT OF MASS

THOMAS MACLEOD,
    Plaintiff/Petitioner,

V.

DAVID NOLAN,
    Defendant / Respondent.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 04-11629-PBS

I, __Thomas MacLeod__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  ☒ Yes  ☐ No  (If "No" go to Part 2)

    If "Yes" state the place of your incarceration __Old Colony Correctional Center, Bridgewater__

    Are you employed at the institution? __Yes__ Do you receive any payment from the institution? __Yes__

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  ☒ Yes  ☐ No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
    
        I make $1.50 per day, (times) 5 days a week

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☒ |
    | b. | Rent payments, interest or dividends | ☐ | ☒ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
    | d. | Disability or workers compensation payments | ☐ | ☒ |
    | e. | Gifts or Inheritances | ☐ | ☒ |
    | f. | Any other sources | ☐ | ☒ |

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_September 18, 2007_  /s/ _____  Thomas MacLeod
DATE                   SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __0__ on account to his/her credit at (name of institution) _Old Colony Minimum Unit_. I further certify that the applicant has the following securities to his/her credit: __0__.

_____. I further certify that during the past six months the applicant's average balance was $ _APPROXIMATELY $5.00_.

_9/13/07_            William Martin CPO D
DATE                 SIGNATURE OF AUTHORIZED OFFICER