# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20070919 09:48

Page :    1

| | | |
|---|---|---|
| Commit# : | W56485 | OLD COLONY CORRECTIONAL CENTER |
| Name : | MACLEOD, THOMAS, A. | Statement From    20070301 |
| Inst : | OLD COLONY CORRECTIONAL CENTER | To    20070919 |
| Block : | MINIMUM A | |
| Cell/Bed : | A-5 /S | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $7,349.42 | $7,349.42 | $1,662.17 | $1,357.35 |
| 20070309 23:15 | TI - Transfer from Institution | 8359126 | | CJ | | $0.00 | $0.00 | $0.00 | $304.82 |
| 20070309 23:15 | TI - Transfer from Institution | 8359127 | | OCC | | $0.00 | $0.00 | $304.82 | $0.00 |
| 20070314 16:41 | IS - Interest | 8379031 | | OCC | | $0.00 | $0.00 | $1.73 | $0.00 |
| 20070404 21:12 | PY - Payroll | 8504248 | | OCC | ~20070318 To 20070324 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070404 21:12 | PY - Payroll | 8504249 | | OCC | ~20070318 To 20070324 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070410 09:53 | IC - Transfer from Inmate to Club A/c | 8535004 | | OCC | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20070411 21:13 | PY - Payroll | 8544927 | | OCC | ~20070325 To 20070331 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070411 21:13 | PY - Payroll | 8544928 | | OCC | ~20070325 To 20070331 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070418 21:13 | PY - Payroll | 8580017 | | OCC | ~20070401 To 20070407 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070418 21:13 | PY - Payroll | 8580018 | | OCC | ~20070401 To 20070407 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070419 15:46 | IS - Interest | 8594055 | | OCC | | $0.00 | $0.00 | $1.96 | $0.00 |
| 20070419 22:30 | CN - Canteen | 8608844 | | OCC | ~Canteen Date : 20070419 | $0.00 | $9.25 | $0.00 | $0.00 |
| 20070425 21:13 | PY - Payroll | 8630683 | | OCC | ~20070408 To 20070414 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070425 21:13 | PY - Payroll | 8630684 | | OCC | ~20070408 To 20070414 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070426 22:30 | CN - Canteen | 8643130 | | OCC | ~Canteen Date : 20070426 | $0.00 | $1.05 | $0.00 | $0.00 |
| 20070502 21:10 | PY - Payroll | 8668248 | | OCC | ~20070415 To 20070421 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070502 21:10 | PY - Payroll | 8668249 | | OCC | ~20070415 To 20070421 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070503 10:41 | IC - Transfer from Inmate to Club A/c | 8678969 | | OCC | ~SICK CALL 4/19/07~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20070509 15:53 | IS - Interest | 8710479 | | OCC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20070509 15:53 | IS - Interest | 8710480 | | OCC | | $0.00 | $0.00 | $1.94 | $0.00 |
| 20070509 21:12 | PY - Payroll | 8726033 | | OCC | ~20070422 To 20070428 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070509 21:12 | PY - Payroll | 8726034 | | OCC | ~20070422 To 20070428 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070510 22:30 | CN - Canteen | 8739336 | | OCC | ~Canteen Date  20070510 | $0.00 | $4.71 | $0.00 | $0.00 |
| 20070516 21:08 | PY - Payroll | 8762861 | | OCC | ~20070429 To 20070505 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070516 21:08 | PY - Payroll | 8762862 | | OCC | ~20070429 To 20070505 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070523 21:10 | PY - Payroll | 8797694 | | OCC | ~20070506 To 20070512 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070523 21:10 | PY - Payroll | 8797695 | | OCC | ~20070506 To 20070512 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070524 22:30 | CN - Canteen | 8809902 | | OCC | ~Canteen Date : 20070524 | $0.00 | $7.28 | $0.00 | $0.00 |
| 20070530 21:08 | PY - Payroll | 8828909 | | OCC | ~20070513 To 20070519 | $3.75 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date : 20070919 09:48**

|  |  |  |  |
|---|---|---|---|
| Commit# : | W56485 | | Page    2 |
| Name : | MACLEOD, THOMAS. A. | OLD COLONY CORRECTIONAL CENTER | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | Statement From    20070301 | |
| Block : | MINIMUM A | To    20070919 | |
| Cell/Bed : | A-5 /5 | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20070530 21 08 | PY - Payroll | 8828910 | | OCC | ~20070513 To 20070519 | $0 00 | $0 00 | $3 75 | $0 00 |
| 20070606 21 13 | PY - Payroll | 8869941 | | OCC | ~20070520 To 20070526 | $3 75 | $0.00 | $0 00 | $0 00 |
| 20070606 21 13 | PY - Payroll | 8869942 | | OCC | ~20070520 To 20070526 | $0.00 | $0 00 | $3 75 | $0 00 |
| 20070607 22 30 | CN - Canteen | 8884261 | | OCC | ~Canteen Date : 20070607 | $0 00 | $7 21 | $0 00 | $0 00 |
| 20070612 11 05 | IC - Transfer from Inmate to Club A/c | 8900672 | | OCC | ~SICK CALL 3/29/07--MEDICAL CO-PAYMENT - Z4--MEDICAL CO-PAYMENT - Z4 | $0 00 | $3.00 | $0 00 | $0.00 |
| 20070613 21.08 | PY - Payroll | 8909547 | | OCC | ~20070527 To 20070602 | $3 75 | $0 00 | $0 00 | $0 00 |
| 20070613 21 08 | PY - Payroll | 8909548 | | OCC | ~20070527 To 20070602 | $0.00 | $0.00 | $3 75 | $0.00 |
| 20070614 15 57 | IS - Interest | 8924970 | | OCC | | $0.01 | $0.00 | $0 00 | $0.00 |
| 20070614 15 57 | IS - Interest | 8924971 | | OCC | | $0 00 | $0 00 | $1 35 | $0,00 |
| 20070620 21 16 | PY - Payroll | 8962647 | | OCC | ~20070603 To 20070609 | $3.75 | $0 00 | $0 00 | $0 00 |
| 20070620 21 16 | PY - Payroll | 8962648 | | OCC | ~20070603 To 20070609 | $0 00 | $0 00 | $3 75 | $0 00 |
| 20070621 22 30 | CN - Canteen | 8975356 | | OCC | ~Canteen Date  20070621 | $0 00 | $7 78 | $0 00 | $0.00 |
| 20070627 21 24 | PY - Payroll | 8996309 | | OCC | ~20070610 To 20070616 | $3 75 | $0 00 | $0 00 | $0 00 |
| 20070627 21 24 | PY - Payroll | 8996310 | | OCC | ~20070610 To 20070616 | $0 00 | $0 00 | $3 75 | $0 00 |
| 20070628 22 30 | CN - Canteen | 9008537 | | OCC | ~Canteen Date  20070628 | $0 00 | $2 92 | $0 00 | $0.00 |
| 20070704 21 10 | PY - Payroll | 9032535 | | OCC | ~20070617 To 20070623 | $3.75 | $0 00 | $0 00 | $0.00 |
| 20070704 21 11 | PY - Payroll | 9032536 | | OCC | ~20070617 To 20070623 | $0 00 | $0.00 | $3 75 | $0 00 |
| 20070711 15 53 | IS - Interest | 9076942 | | OCC | | $0 01 | $0.00 | $0 00 | $0 00 |
| 20070711 15 53 | IS - Interest | 9076943 | | OCC | | $0 00 | $0.00 | $1 23 | $0 00 |
| 20070711 21 10 | PY - Payroll | 9092390 | | OCC | ~20070624 To 20070630 | $3 75 | $0 00 | $0 00 | $0 00 |
| 20070711 21 10 | PY - Payroll | 9092391 | | OCC | ~20070624 To 20070630 | $0 00 | $0 00 | $3 75 | $0 00 |
| 20070712 22 30 | CN - Canteen | 9105625 | | OCC | ~Canteen Date : 20070712 | $0.00 | $7 52 | $0.00 | $0 00 |
| 20070718 21 11 | PY - Payroll | 9128350 | | OCC | ~20070701 To 20070707 | $3 75 | $0,00 | $0,00 | $0 00 |
| 20070718 21.11 | PY - Payroll | 9128351 | | OCC | ~20070701 To 20070707 | $0 00 | $0.00 | $3 75 | $0 00 |
| 20070719 22 30 | CN - Canteen | 9141149 | | OCC | ~Canteen Date : 20070719 | $0.00 | $4 15 | $0 00 | $0.00 |
| 20070720 09 26 | CI - Transfer from Club to Inmate A/c | 9143855 | | OCC | ~REFUND FOR COPAY CHARGE 4/19/07--W56485 MACLEOD,THOMAS A PERSONAL--MEDICAL CO-PAYMENT - Z4 | $3 00 | $0 00 | $0 00 | $0.00 |
| 20070720 09 26 | TI - Transfer from Institution | 9143856 | | STH | ~Associate Receipt Number is 9143855 | $0 00 | $3 00 | $0 00 | $0.00 |
| 20070720 09.26 | TI - Transfer from Institution | 9143857 | | OCC | ~Associate Receipt Number is 9143855 | $3 00 | $0 00 | $0 00 | $0.00 |
| 20070725 21 13 | PY - Payroll | 9162275 | | OCC | ~20070708 To 20070714 | $3.75 | $0.00 | $0'00 | $0 00 |

# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20070919 09:48

| | | | | | | | Page 3 |
|---|---|---|---|---|---|---|---|
| Commit# : | W56485 | | | OLD COLONY CORRECTIONAL CENTER | | | |
| Name : | MACLEOD, THOMAS, A. | | | Statement From | 20070301 | | |
| Inst : | OLD COLONY CORRECTIONAL CENTER | | | To | 20070919 | | |
| Block : | MINIMUM A | | | | | | |
| Cell/Bed : | A-5 /5 | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20070725 21:11 | PY - Payroll | 9162276 | | OCC | ~20070708 To 20070714 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070731 09.55 | IC - Transfer from Inmate to Club A/c | 9187263 | | OCC | ~DEBIT CARD~CANTEEN CORP WASH ACCOUNT - Z6~CANTEEN CORP_WASH ACCOUNT - Z6 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20070801 21:15 | PY - Payroll | 9197087 | | OCC | ~20070715 To 20070721 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070801 21:15 | PY - Payroll | 9197088 | | OCC | ~20070715 To 20070721 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070806 16:51 | IS - Interest | 9226259 | | OCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20070806 16:51 | IS - Interest | 9226260 | | OCC | | $0.00 | $0.00 | $1.70 | $0.00 |
| 20070808 21:12 | PY - Payroll | 9255573 | | OCC | ~20070722 To 20070728 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070808 21:12 | PY - Payroll | 9255574 | | OCC | ~20070722 To 20070728 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070814 11:49 | AT - Account Transfer | 9283925 | | OCC | ~TO PAY INITIAL FILING FEE FOR 06-2328/03-11483 -W56485 MACLEOD,THOMAS A PERSONAL | $39.86 | $0.00 | $0.00 | $39.86 |
| 20070814 11:52 | EX - External Disbursement | 9283937 | 120179 | OCC | ~INITIAL FILING FEE FOR CA 03-11483 / 062328~U.S. DISTRICT COURT | $0.00 | $39.86 | $0.00 | $0.00 |
| 20070814 11:52 | MA - Maintenance and Administration | 9283939 | | OCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070815 21:09 | PY - Payroll | 9292902 | | OCC | ~20070729 To 20070804 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070815 21:09 | PY - Payroll | 9292903 | | OCC | ~20070729 To 20070804 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070821 09:15 | IC - Transfer from Inmate to Club A/c | 9318736 | | OCC | ~DEBIT CARD~CANTEEN CORP WASH ACCOUNT - Z6~CANTEEN CORP_WASH ACCOUNT - Z6 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20070821 09:27 | IC - Transfer from Inmate to Club A/c | 9318794 | | OCC | ~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20070822 21:11 | PY - Payroll | 9327252 | | OCC | ~20070805 To 20070811 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070822 21:11 | PY - Payroll | 9327253 | | OCC | ~20070805 To 20070811 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070823 22:30 | CN - Canteen | 9339294 | | OCC | --Canteen Date 20070823 | $0.00 | $8.57 | $0.00 | $0.00 |
| 20070827 09:47 | AT - Account Transfer | 9346676 | | OCC | ~PARTIAL FILING FEE FOR DOCKET # 2007-J-0370~W56485 MACLEOD,THOMAS A PERSONAL | $75.00 | $0.00 | $0.00 | $75.00 |
| 20070827 09:51 | EX - External Disbursement | 9346766 | 120474 | OCC | ~INITIAL FILEING FEE FOR DOCKET# 2007-J-0370~APPEALS COURT | $0.00 | $75.00 | $0.00 | $0.00 |
| 20070829 21:13 | PY - Payroll | 9360517 | | OCC | ~20070812 To 20070818 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070829 21:13 | PY - Payroll | 9360518 | | OCC | ~20070812 To 20070818 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070905 21:09 | PY - Payroll | 9397913 | | OCC | ~20070819 To 20070825 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20070905 21:09 | PY - Payroll | 9397914 | | OCC | ~20070819 To 20070825 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20070906 10:17 | EX - External Disbursement | 9408347 | 120736 | OCC | ~20% OF AUGUST INCOME FOR CA#03-11483~U S DISTRICT COURT | $0.00 | $3.75 | $0.00 | $0.00 |
| 20070906 10:17 | MA - Maintenance and Administration | 9408349 | | OCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070906 16:37 | IS - Interest | 9413807 | | OCC | | $0.03 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20070919 09:48

| | | | | | | | | | Page : 4 |
|---|---|---|---|---|---|---|---|---|---|

Commit# :   W56485

Name   :   MACLEOD, THOMAS, A,

Inst   :   OLD COLONY CORRECTIONAL CENTER

Block   :   MINIMUM A

Cell/Bed :   A-5 /5

OLD COLONY CORRECTIONAL CENTER

Statement From   20070301

To   20070919

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| 20070906 16 37 | IS - Interest | 9413808 | | OCC | | $0 00 | $0 00 | $1 63 | $0 00 |
| 20070906 22 30 | CN - Canteen | 9429344 | | OCC | ~Canteen Date . 20070906 | $0 00 | $8 52 | $0 00 | $0.00 |
| 20070912 21 10 | PY - Payroll | 9455488 | | OCC | ~20070826 To 20070901 | $3 75 | $0 00 | $0 00 | $0 00 |
| 20070912 21 10 | PY - Payroll | 9455489 | | OCC | ~20070826 To 20070901 | $0 00 | $0 00 | $3 75 | $0 00 |
| | | | | | | $210.94 | $211.57 | $406 36 | 5419 68 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | -$0.63 | $291.50 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| -$0 63 | $291 50 | $0.00 | $0 00 | $0 00 | $0.00 |